UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 15-2056 DSF (MANx)<br>CV 15-2079 DSF (MANx) | Date | 4/8/15 |
|---|---|---|---|
| Title | Canyon View Limited v. Wells Fargo Bank, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Cases

    The removing defendant, Wells Fargo Bank, N.A., has failed to establish subject matter jurisdiction over these related cases. Both notices of removal plead only the citizenship of the "managing members" of the LLC defendant[1] and the general partner of the plaintiff limited partnership. Citizenship of an unincorporated entity is based on the citizenship of all of the partners. See Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990).

    The cases are REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.

---

[1] The notices of removal suggest that the LLC defendant is a nominal party but provide no argument in support of this position.